393 A.2d 1274

Commonwealth v. Doctor, Appellant.

Argued April 10, 1978. L. Sharon, with him Michael L. Rosenfield, for appellant; M. Vatz, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1275

Commonwealth v. Driscoll, Appellant.

Argued April 14, 1978. Leonard I. Sharon, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.